# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **JUSTIN TERRELL ATKINS**<br>**LA DOC # 465731** | * | **CIVIL ACTION NO. 17-1544** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **TIMOTHY HOOPER** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. Nos. # 1, 5] is hereby DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 7th day of December, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE